Tanya Levinson Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>            Plaintiff,<br><br>vs.<br><br>THE PEP BOYS MANNY, MOE & JACK OF CALIFORNIA INCORPORATED dba PEP BOYS AUTO #673; ROBERT A. WILLS and WILLS ENTERPRISES, L.P.,<br><br>            Defendants. | No.  1:10-CV-0280-LJO-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION AGAINST DEFENDANTS THE PEP BOYS MANNY, MOE & JACK OF CALIFORNIA INCORPORATED dba PEP BOYS AUTO #673; ORDER**<br><br>Assigned to U.S. Magistrate Judge SANDRA M. SNYDER<br><br>Complaint filed: February 19, 2010<br>First Amended Complaint filed: 3/19/10 |

Plaintiff Natividad Gutierrez, through his attorney, Tanya Levinson Moore, Moore Law Firm, P.C., San Jose, California, and Defendants THE PEP BOYS MANNY, MOE & JACK OF CALIFORNIA INCORPORATED dba PEP BOYS AUTO #673, hereby stipulate that the above-captioned action shall be dismissed with prejudice as to Defendant THE PEP BOYS MANNY, MOE & JACK OF CALIFORNIA, a Corporation **only**.

*Gutierrez v. The Pep Boys*

**STIPULATION FOR DISMISSAL; ORDER**

Page 1

Date: April 19, 2010 /s/Tanya Levinson Moore
Tanya E. Levinson Moore
Attorney for Plaintiff

Date: April 19, 2010

/s/ Lawrence Teplin
On behalf of Cox, Castle &
Nicholson, LLP
Attorneys for Defendant

## ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice against Defendants THE PEP BOYS MANNY, MOE & JACK OF CALIFORNIA a Corporation, erroneously sued as PEP BOYS AUTO #673, only.

**IT IS SO ORDERED.**

Dated:  _April 19, 2010         /s/ Lawrence J. O'Neill_____
Honorable Lawrence J. O'Neill
U.S. District Judge

*Gutierrez v. The Pep Boys*

**STIPULATION FOR DISMISSAL; ORDER**