Tanya Levinson Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THE PEP BOYS MANNY, MOE & JACK OF CALIFORNIA INCORPORATED dba PEP BOYS AUTO #673; ROBERT A. WILLS and WILLS ENTERPRISES, L.P.,<br><br>　　　　　Defendants. | No.  1:10-CV-0280-LJO-SMS<br><br>**STIPULATION FOR DISMISSAL OF ACTION AGAINST DEFENDANTS ROBERT A. WILLS and WILLS ENTERPRISES, L.P.; ORDER**<br><br>Assigned to U.S. Magistrate Judge SANDRA M. SNYDER<br><br>Complaint filed: February 19, 2010<br>First Amended Complaint filed: 3/19/10 |

　　　Plaintiff Natividad Gutierrez, through his attorney, Tanya Levinson Moore, Moore Law Firm, P.C., San Jose, California, and Defendants ROBERT A. WILLS and WILLS ENTERPRISES, L.P., hereby stipulate that the above-captioned action shall be dismissed with prejudice in its entirety.

Date: May 18, 2010　　　　　　　　　　　　/s/Tanya Levinson Moore
　　　　　　　　　　　　　　　　　　　　　Tanya E. Levinson Moore
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

*Gutierrez v. The Pep Boys*

**STIPULATION FOR DISMISSAL; ORDER**

Page 1

Date: May 18, 2010

        <u>/s/ Tracy N. Parvanian</u>
On behalf of Cooper & Cooper
Attorneys for Defendant
ROBERT A. WILLS and WILLS ENTERPRISES, L.P.,

## ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED THAT the above-captioned action be dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated:  May 18, 2010         /s/ Lawrence J. O'Neill_
                                        HONORABLE LAWRENCE J. O'NEILL
                                        U.S. DISTRICT JUDGE

*Gutierrez v. The Pep Boys*

**STIPULATION FOR DISMISSAL; ORDER**